IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH CALVO<br><br>    Plaintiff,<br><br>vs.<br><br>TORRES CREDIT SERVICES, INC.<br><br>    Defendant. | CIVIL ACTION NO. 13-cv-5067(MMB) |

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

Pursuant to Rule 41(a)(1), kindly dismiss the above matter without prejudice.

DATED: November 7, 2013

/s/ Andrew M. Milz(207715)
ANDREW M. MILZ
Attorney for Plaintiff

**FLITTER LORENZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782